IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brenda L. Robinette,                    :

        Plaintiff              :        Civil Action 2:12-cv-00334

v.                                      :        Judge Watson

Med Lab Columbus,                       :        Magistrate Judge Abel

        Defendant              :

### ORDER

    Plaintiff Brenda L. Robinette moved to California after she filed this case in this Court. The mediator believes that plaintiff's presence is necessary for him to conduct a meaningful mediation conference. Plaintiff does not wish to travel to Ohio for the mediation. As a result, the mediation set for October 23, 2012 is VACATED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, John McDonald, 250 West St., Columbus, Ohio 43215.

                                  s/Mark R. Abel
                                  United States Magistrate Judge