IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Brenda L. Robinette, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00334 |
| v. | : | Judge Watson |
| Med Lab Columbus, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

The Clerk of Court is DIRECTED to place document 25 under seal because it contains the full name and date of birth of her minor son.

s/Mark R. Abel<br>
United States Magistrate Judge